

# Exhibit A

## REQUEST FOR AUTHORIZATION TO EMPLOY ASSOCIATE COUNSEL

Please mark appropriate classification:  **Initial Request** X____  **Renewal** _____  **Amendment**_____

From (Agency): South Carolina Deparmtent of Education

Individual Requesting Authorization (include title): Ellen Weaver, Superintendent

Case or Matter Caption: Legal representation and potential litigation relating to the promulgation of regulations relating to library materials

Date: 10/31/23                County (in which case/matter occurs): Statewide

Name of requested law firm/attorney(s): Miles Coleman Nelson Mullins

Address of requested law firm/attorney(s): 2 West Washingotn St., Ste 400 Greenville, SC 29601

Brief description of legal services to be performed: Represent the Department of Education regarding proposed regulations and/or guidelines and/or best practices for school library materials

Reason private attorney is needed to perform services: Services require expertise in the subject matter


Requested dates of service (maximum of one fiscal year): 10/31/2023-06/30/2024

### REQUESTED HOURLY RATE OR OTHER COMPENSATION

| Attorney Name | Years of Experience (as of date of this Form 1) & Date of Bar Admission | Requested Rate |
|---|---|---|
| Miles Coleman | 14:     11/16/09 | 225.00/hr |
| | | |
| | | |
| | | |
| | | |

(Use additional sheet if necessary)

Justification if hourly rate or other compensation exceeds standard rate range: _____
Attorney has experience representing school districts in matters related to removing objectionable material from libraries

Requested maximum fees: $25,000.00

### TO BE COMPLETED BY ATTORNEY GENERAL'S OFFICE

Approved by: _____          Date: _____

Attorney Approved: _____          Service Code: _____


FORM 1                                                                                Rev. 5/2022

Exhibit A