**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| **SOUTH CAROLINA ASSOCIATION OF SCHOOL LIBRARIANS**, **D.R.**, by and through his parents, Leah Moore and Charles Rhyne; **H.A.C.**, by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes; **H.M.C.**, by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes; <br><br> *Plaintiffs*, <br><br> v. <br><br> **ELLEN WEAVER**, in her official capacity as South Carolina Superintendent of Education; **GREENVILLE COUNTY SCHOOL DISTRICT**; <br><br> *Defendants*. | Case No. 3:25-cv-12857-SAL <br><br> **PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

Defendant Greenville County School District moved for dismissal based on its view that Plaintiffs failed to join the State Board of Education as a necessary party. ECF 11-1, at 17–19. In their response, Plaintiffs stated that they were willing to amend their Complaint to name members of the State Board as Defendants. ECF 17 at 30. On April 28, 2026, the Court granted Plaintiffs fourteen days to move to file an amended complaint. ECF 33 (Text Order); *see also* Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading . . . [with] the court's leave").

Amendment is proper here under Fed. R. Civ. P. 15(a)(2), which directs that "the court should freely give leave [to amend] when justice so requires." *See Labor v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006) ("This liberal rule gives effect to the federal policy in favor of resolving cases on their merits instead of disposing them on technicalities."). Amendment under Rule 15(a)(2) "should only be denied when the amendment would be prejudicial to the opposing

1

party, there has been bad faith on the part of the moving party, or the amendment would have been futile." *Id.* Amending to add the State Board of Education at this stage of the case prejudices neither Defendant.[1] Indeed, Defendant Greenville County School District demanded that Plaintiffs add the State Board. *See* ECF 11-1 at 17–19 (arguing that the State Board is an "indispensable party").

WHEREFORE, Plaintiffs respectfully submit the attached Amended Complaint that adds the members of the South Carolina Board of Education as Defendants. *See* Ex. A (Proposed Amended Complaint). To maintain accuracy, the Amended Complaint also reflects a few factual and legal developments that occurred after the initial complaint. *See* Ex. A at ¶¶ 5 n.1, 66, 71, 74, 81–82, 117; *see also* Ex. B (redline).

Dated: May 12, 2026

Respectfully submitted,

**ACLU OF SOUTH CAROLINA**

*/s Allen Chaney*
Allen Chaney
Samuel Kennedy
Fed. Id. 13181
P.O. Box 1668
Columbia, SC 29202
Tel: (864) 372-6681
achaney@aclusc.org

---

[1] According to counsel for Defendant Weaver, she "does not consent to the addition of these proposed new defendants; however, she does not anticipate filing a response opposing the motion to amend on that basis."

2