IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| South Carolina Association of School Librarians; D.R., by and through his parents, Leah Moore and Charles Rhyne; H.A.C., by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes; H.M.C., by and through her parents Susan Cridland-Hughes and Jed Cridland-Hughes, | ) ) ) ) ) ) ) ) | C.A. No. 2:25-cv-12857-DNC |
| Plaintiffs, | ) ) ) | **Defendant Greenville County School District's Motion to Dismiss Amended Complaint Pursuant to Rules 12(b)(1) and (6), Fed R. Civ. P.** |
| vs. | ) ) | |
| Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

The Defendant Greenville County School District ("District") respectfully moves the court for an order dismissing Plaintiffs' amended complaint against it, pursuant to Rules 12 (b)(1) and (6), Fed. R. Civ. P. The District's motion is made on the grounds that: Plaintiffs' claims are not ripe for adjudication; Plaintiffs lack standing to assert their claims against the District; Plaintiffs' claims are barred by sovereign immunity under the 11th Amendment to the U.S. Constitution; the court should not exercise jurisdiction under the *Pullman* abstention doctrine; and Plaintiffs' allegations against the District fail, as a matter of law, to state a claim for relief.

WHEREFORE, the District respectfully moves the court to dismiss Plaintiffs' amended complaint against it.

Respectfully submitted,

HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA


By: s/ John M. Reagle
    John M. Reagle, Fed. I.D. No. 7723
    jreagle@hmwlegal.com

    Thomas K. Barlow, Fed. I.D. No. 7483
    tbarlow@hmwlegal.com

    P.O. Box 11367
    Columbia, South Carolina 29211
    (803) 254-4035

    **Attorneys for Greenville County School
    District**

June 16, 2026

Columbia, South Carolina